UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Chante Chanell McClaine,

    Plaintiff,

v.                                         Case No. 16-13950

Commissioner of Social Security,          Sean F. Cox
                                               United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING 1/29/18 REPORT AND RECOMMENDATION

Plaintiff Chante Chanell McClaine brought this action under 42 U.S.C. § 405(g) seeking review of the Commissioner of Social Security's denial of her application for disability insurance benefits. The Court referred the matter to Magistrate Judge Anthony P. Patti for a report and recommendation under 28 U.S.C. § 636(b)(1)(B) (Doc. # 2), after which the parties filed cross-motions for summary judgment (Doc. # 14, 15).

On January 29, 2018, Magistrate Judge Patti issued a Report and Recommendation (R&R) (Doc. # 17) wherein he recommends that the Court deny Plaintiff's Motion for Summary Judgment, Grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's decision. Plaintiff timely filed objections to the R&R (Doc. # 17). The Court reviews these objections de novo. Fed. R. Civ. P. 72(b).

To properly object to the R&R, Plaintiff must do more than simply restate the arguments set forth in her summary judgment motion. *Senneff v. Colvin,* 2017 WL 710651 at * 2 (E.D. Mich. Feb. 23, 2017). She has not done so. Not only do Plaintiff's three objections rehash her prior arguments, but they are almost exact, word-for-word copies of those arguments simply

1

rebranded as objections. These copy-pasted objections are akin to a general objection to the R&R and fail to provide specific reasons why Magistrate Judge Patti erred in his analysis. Thus, the Court shall overrule Plaintiff's objections. *See Wallace v. Comm'r of Soc. Sec.*, 2016 WL 4409062 at * 2 (E.D. Mich. 2016).

Accordingly, the Court OVERRULES Plaintiff's objections and ADOPTS the Magistrate Judge's January 29, 2018 R&R. IT IS FURTHER ORDERED that: 1) Defendant's Motion for Summary Judgment is GRANTED; 2) Plaintiff's Motion for Summary Judgment is DENIED; and 3) the ALJ's decision is AFFIRMED.

IT IS SO ORDERED.

                                              s/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: March 13, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 13, 2018, by electronic and/or ordinary mail.

                                              s/Jennifer McCoy
                                              Case Manager